IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK BANKS,

    Plaintiff,                    No. CIV S-05-2035 FCD GGH P

    vs.

TERRY WHITE, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2005, the court issued an order finding that the complaint stated a colorable claim for relief against defendant White. As to the other defendants, the court granted plaintiff thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of defendant White.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendant: White.

        2. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an instruction sheet and a copy of the complaint filed October 11, 2005.

        3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

1

       a. The completed Notice of Submission of Documents;

       b. One completed summons;

       c. One completed USM-285 form for each defendant listed in number 3 above; and

       d. Two copies of the endorsed complaint filed October 11, 2005.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 1/12/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
ba2035.1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK K. BANKS,

      Plaintiff,                                    No. CIV S-05-2035 FCD GGH P

    vs.

TERRY WHITE, et al.,                    NOTICE OF SUBMISSION

      Defendants.                         OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _1_      completed summons form

        _1_      completed USM-285 forms

        _2_      copies of the _____
                                              Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff